# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-2987
_____

FREDERICK WADE,

  Appellant,

  v.

STATE OF FLORIDA,

  Appellee.

_____

On appeal from the Circuit Court for Duval County.
Steven B. Whittington, Judge.

April 30, 2019

PER CURIAM.

  AFFIRMED.

B.L. THOMAS, C.J., and WINOKUR, J., and KETCHEL, TERRANCE R.,
Associate Judge, concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Andy Thomas, Public Defender, and M. J. Lord, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Kaitlin Weiss, Assistant Attorney General, Tallahassee, for Appellee.